UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                    CRIMINAL NO. 1:23-CR-40-HSO-RPM

TREVOR TRUAX and
QUINTON COOPER

## ORDER GRANTING MOTION TO TRANSFER VENUE

This cause is before the Court on the Defendant Quinton Cooper's unopposed motion for

an intra-district transfer to the Western Division.  Doc. [4].  For the convenience of the parties

and the Court, the undersigned concludes that the motion should be granted and that the entire

action should be transferred as to all defendants.  Accordingly, this matter is hereby transferred

to the Western Division of the United States District Court for the Southern District of

Mississippi.

IT IS THEREFORE ORDERED AND ADJUDGED Defendant's motion to transfer

venue is GRANTED and that the entire action is hereby transferred as to all defendants.

SO ORDERED AND ADJUDGED, this the 30th day of May 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE